**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 672 MAL 2017

                  Respondent        :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

             v.                   :

                                  :

ALEXANDER GARNETT,             :

                        :

                  Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.